IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:
SAN PATRICIO
MEMORIAL GARDENS, INC.                    §        CASE NO. 09-20815
            DEBTOR

## MOTION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (A)

THE UNDERSIGNED TRUSTEE REPORTS:

_____   The dividend (s) payable to the creditor (s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

____X____   More than ninety (90) days have passed since the Final Distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

_____   Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee request authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of title 238 (29 U.S.C. 2041, et seq.)

Date: October 17, 2011              /S/MICHAEL B. SCHMIDT
                                    Michael B. Schmidt, Trustee
                                    555 N. Carancahua, Ste. 1550
                                    Corpus Christi, TX. 78401
                                    361/884-9949 Fax: 361/884-6000

### Certificate of Service

I certify that on this date, a copy of the foregoing Motion was served electronically and/or mailed to the United States Trustee, Debtor and the Creditor on the 17th day of October, 2011.

                                    /S/MICHAEL B. SCHMIDT
                                    Michael B. Schmidt

Chris Mircovich
5926 South Staples, Ste A-2                 Cellum, Charlotte
Corpus Christi, Texas 78413                 1010 Espana
                                            Portland, TX 78374

EXHIBIT A

Please check one:

_____        small dividends

\_\_X\_\_        unclaimed dividends

| NAME | CLAIM # | AMOUNT |
|---|---|---|
| Chris Mircovich | 10 | $258.03 |
| 5926 South Staples, Ste A-2 | | |
| Corpus Christi, Texas 78413 | | |
| (Final distribution to Claim 10, representing a Payment of 8.57% per court order.) | | |
| | | |
| Cellum, Charlotte | 54 | $312.84 |
| 1010 Espana | | |
| Portland, TX 78374 | | |
| (Final distribution to Claim 54, representing a Payment of 8.57% per court order.) | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:
SAN PATRICIO
MEMORIAL GARDENS, INC.  §   CASE NO. 09-20815
DEBTOR

### ORDER TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (A)

Came on for consideration, Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347 (a), and the court, having considered the motion, is of the opinion that the Motion is will taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that Michael B. Schmidt, Trustee is authorized to pay the funds in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court in the amount of $570.87 as per Exhibit "A" attached to the Motion.

Date:

This order is signed for the Court by the Clerk under Authority of 28 U.S.C. § 956 and General Order 2000-3.

U.S. BANKRUPTCY CLERK


By:_____
    Deputy Clerk